**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 23-1093**

---

SHAOMIN SUI,

        Plaintiff - Appellant,

     v.

FEDEX GROUND PACKAGE SYSTEM, INCORPORATED,

        Defendant - Appellee.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore. Deborah Lynn Boardman, District Judge.  (1:19-cv-03318-DLB)

---

Submitted:  May 23, 2023                              Decided:  May 26, 2023

---

Before AGEE, WYNN, and QUATTLEBAUM, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Shaomin Sui, Appellant Pro Se.  Brian James Kluckman, Moon Township, Pennsylvania, William George Whitman, IV, FEDEX GROUND, Coraopolis, Pennsylvania, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shaomin Sui seeks to appeal the district court's order denying his motion for reconsideration of its order denying his motion to reopen his case. We have reviewed the record and conclude that the district court did not abuse its discretion in denying relief. *See Aikens v. Ingram*, 652 F.3d 496, 501 (4th Cir. 2011) (en banc) (stating standard of review). Accordingly, we affirm the district court's order. *Sui v. FedEx Ground Package Sys., Inc.*, No. 1-19-cv-03318-DLB (D. Md. Jan. 26, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
